UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIMI CLARK,

    Plaintiff,

vs.

VALLE GUAMACARO LLC,
a foreign corporation, and
OSCAR BRITO,

    Defendants.

Case No: 2:24-cv-12445
Hon. Stephen J. Murphy III
Hon. Curtis Ivy, Jr.

## APPEARANCE

PLEASE ENTER my appearance as attorney for defendants, Valle Guamacaro, LLC and Oscar Brito, in the above-entitled cause of action.

COLLINS EINHORN FARRELL PC

BY:  /s/ *Frank A. Misuraca*
FRANK A. MISURACA (P55643)
*Attorney for Defendant*
4000 Town Center, 9th Floor
Southfield, MI 48075
(248) 355-4141

Dated:    March 11, 2025

## CERTIFICATE OF SERVICE

I, Frank A. Misuraca, certify that on March 11, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to *all ECF participants*.

- 2 -

                                    ***/s/ Frank A. Misuraca***
                                    COLLINS EINHORN FARRELL PC
                                    FRANK A. MISURACA (P55643)
                                    Frank.Misuraca@ceflawyers.com

Dated: March 11, 2025